

FILED & JUDGMENT ENTERED
Steven T. Salata

Aug  25  2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division

IN RE:

Susan Alane Myers

SSN#: XXX-XX-4574

Chapter 13
CASE NO:    15-30922
Related Court Docket Number: 34

### ORDER CONTINUING HEARING

ON 08/23/2016,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion for Review of Status of Plan

**Hearing is continued to September 13, 2016.**

This Order has been signed electronically.  The Judge's signature and Court's seal appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT JUDGE

{:20160824111637:}