

FILED & JUDGMENT ENTERED
Steven T. Salata

September 16 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

Susan Alane Myers

SSN#: XXX-XX-4574

Chapter 13

CASE NO: 15-30922

Related Document # : 34

**ORDER**

ON 09/13/2016, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion for Review of Status of Plan

KENNETH LOVE Present

**AND, THIS COURT FINDS AND CONCLUDES** that:

Trustee received satisfactory report.

**IT IS, THEREFORE, ORDERED** that:

Motion is satisfied.

Debtor was unsuccessful obtaining a mortgage loan modification and mortgage proof of claim shall be paid through plan as filed.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT JUDGE

{:2016091515 2121:}